UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

ASTOR D. CHANCE, PRO SE
    PLAINTIFF,

JURY TRIAL: ☒ YES ☐ NO

V.

1. COMMONWEALTH OF
   MASSACHUSETTS,
   MAURA HEALY, GOVENOR,

2. CITY OF BOSTON,
   MICHELLE WU, MAYOR

3. TRINITY BORDER STREET, LLC (OWNER)
   ATTN: CORPORATE SERVICES COMPANY,
   RESIDENT AGENT
   84 STATE STREET, BOSTON, MA 02109

4. GREYSTAR (MANAGEMENT SERVICES)/GREP ATLANTIC, LLC
   ATTN: CT CORPORATION SYSTEMS
   RESIDENT AGENT
   155 FEDERAL STREET, BOSTON, MA 02110;

5. NATHALIA BENITEZ-PEREZ,

6. AIXA MIRANDA,

7. LINA TRAMELLI
                DEFENDANT(S).

FILED
IN CLERKS OFFICE
17 AM 9:55

## FORMAL COMPLAINT

NOW COMES THE PLAINTIFF, ASTOR D. CHANCE, PRO SE, WHO DOES HEREIN INITIATES THIS "FEDERAL LAWSUIT," BASED WITHIN SUBSTANTIAL UNITED STATES FEDERAL CODE LAW. MR. CHANCE RESIDES AT, 126 BORDER STREET UNIT 104, EAST BOSTON, MA 02128-2073, SUFFOLK COUNTY, (617)970.3662, astor.chance@gmail.com. MR. CHANCE IS A U.S. AIR FORCE VETERAN, HONORABLE DISCHARGE, FORMER FEDERAL AVIATION ADMINISTRATION AIR TRAFFIC

Page 1

CONTROLLER TRAINEE, GS-11 STEP 1, 135 SEMESTER CREDITS TOWARDS HIS (4) FOUR YEAR, AVIATION MANAGEMENT/ATC BACHELOR OF SCIENCE DEGREE.

MR. CHANCE IS ALSO A "INTERNATIOLLY KNOWN" PROFESSION PERFORMING ARTIST," A WOODWINDS EXPERT MR. CHANCE PERFORMS ON; SOPRANO, ALTO, AND TENOR SAXOPHONES, BASS CLARINET, VOICE, AND PIANO, ARE ALL HIGHLIGHTED IN HIS MUSICAL PERFORMANCES.

DEFENDANT NO. 1
COMMONWEALTH OF MASSACHUSETTS, REPRESENTED BY COUNSEL.
MAURA HEALY, GOVERNOR, STATE CHIEF EXECUTIVE OFFICE
STATE HOUSE, BEACON STREET, BOSTON, MA

DEFENDANT NO. 2
CITY OF BOSTON. REPRESENTED BY COUNSEL.
MICHELLE WU, MAYOR, MUNICIPAL CHIEF EXECUTIVE OFFICE
BOSTON CITY HALL   CAMBRIDGE STREET RM. 615

DEFENDANT NO. 3
TRINITY BORDER STREET, LLC
CORPORATE SERVICES COMPANY
RESIDENT AGENT
84 STATE STREET, BOSTON, MA 02109

DEFENDANT NO. 4
GREYSTAR MANAGEMENT SERVICES
CT CORPORATION SYSTEMS
RESIDENT AGENT
155 FEDERAL STREET, BOSTON, MA 02110

DEFENDANT NO. 5
NATHALIA BENITEZ-PEREZ, RM. 806
BOSTON CITY HALL, CAMBRIDGE STREET, BOSTON, MA 02220

DEFENDANT NO. 6
AIXA MIRANDA, 5TH FLOOR, MAYORS OFFICE RECEPTIONIST
BOSTON CITY HALL, CAMBRIDGE STREET, BOSTON, MA 02220

DEFENDANT NO. 7
LINA TRAMELLI, FIRED MARCH 2023 DILIGENT SEARCH, BY DEPUTY SHERIFF, ROBERT FOSCALDO. ALLEDGEDLY.

page 2

# JURIDITION

1. MGL CHAP. 151 B, SECTION 4, PARAGRAPHS 4 AND 6, TITLE VII
2. CIVIL RIGHTS ACT, OF 1964
3. AGE, AGE OF COMPLAINTANT, SPECIFIED
4. AMERICANS WITH DISABILITIES ACT
5. RACE, COLOR, (NON HISPANIC)
6. TORT LAW, FRAUD, UNJUST ENRICHMENT, "BAIT AND SWITH", SCAMS. MGL LEMON LAW, PROHIBIT
7. CONSTITUTIONAL LAW 1. AGAINST FALSE ARREST, 2. FREEDOM OF FALSE PROSCECUTION, 3. DENIED A SPEEDY TRIAL,
8. FAIR HOUSING ACT, 1988    4. DENIED DUE PROCESS,

I, ASTOR D. CHANCE, PLAINTIFF BELIEVE I WAS DISCRIMINATED AGAINST BY TRINITY BORDER STREET, LLC, AND GREYSTAR MANAGEMENT SERVICES/GREP ATLANTIC, LLC, THE CITY OF BOSTON, THE COMMONWEALTH OF MASSACHUSETTS, MICHELLE WU, MAURA HEALY, NATHALIA BENITEZ-PEREZ, AIKA MIRANDA, LINA TRAMELLI, DID WILLFULLY AND INTENTIONALLY VIOLATE STATE AND FEDERAL LAW.

BASIS FOR FEDERAL COURT JURIDITION?
☒ FEDERAL QUESTION   ☐ DIVERSITY OF CITIZENSHIP

II. A BASIS FOR FEDERAL JURIDITION:
ASTOR D. CHANCE IS A CITIZEN OF THE UNITED STATES AND ENTITLED TO WORK AND MAKE INCOME, BY BIRTH RIGHT.
MR. CHANCE HAS BOSTON PLANNING AND DEVELOPMENT AGENCY, HEREAFTER, "BPDA", VERIFIED, AUTHORIZATION TO LIVE, WORK, SELL AND/OR PERFORM "LIVE MUSIC", AS A CONTRACT FREE-LANCE
(1) PERFORMER, FOR THE CITY OF BOSTON." THE CITY OF BOSTON BREACHED ITS CONTRACT WITH THE PLAINTIFF WHEN HE PERFORMED, BUT WAS NOT PAID IN FULL, AT CONCLUSION OF HIS PERFORMANCE.
(2) SECOND INFRACTION, DIRECT CAUSE, NON PAYMENT OF WAGES, AND REFUSAL OF THE DEFENDANTS, TO COMMUNICATE, WHY, LEFT THE PLAINTIFF UNABLE TO ANSWER MASSHEALTH, QUESTIONS, RELATED TO "REPORTED INCOME," AND SUBSEQUENT TERMINATION OF MANDATORY STATE "HEALTH INSURANCE" POLICY.
PLAINTIFF, DOUBLY PENALIZED, BY THE COMMONWEALTH OF MASSACHUSETTS, CITY OF BOSTON, DEFENDANTS; NO.3, NO.4, NO.5, AND NO.6, NO.7. THE COMMONWEALTH OF MASSACHUSETTS,

FAILED TO PROVIDE A SAFE, PROFESSIONAL, HEALTHCARE SYSTEM, WHEREBY THE PLAINTIFF COULD RECEIVE MEDICAL TREATMENT, WITHOUT VIOLENT, PSYCHOTIC, ATTACK ON HIS PERSON, VICTIM OF A MEDICAL MALPRACTICE FELONY CRIME. PLAINTIFF WAS DENIED DUE PROCESS, POLICE REPORT TAMPERED WITH, STATEMENTS CHANGED, WORDS WRITTEN I DID NOT STATE TO OFFICE JOHN MCSORLEY PATROL, CLEAR CASE OF OBSTRUCTION OF JUSTICE, BY A BOSTON POLICE OFFICER.

* THE COMMONWEALTH OF MASSACHUSETT, STATE LAW, MANDATING ALL CITIZENS TO HAVE "HEALTH INSURANCE" AND A HEALTHCARE PROVIDER, IS FLAWED, DOES NOT PROVIDE LEGAL RESOLUTION OF ALLEDGED CRIMINAL FELONY MEDICAL MALPRATICE, BY PHYSICIANS AND NURSES. PLAINTIFF, ASTOR D. CHANCE WAS DENIED DUE PROCESS, ⓐ DENIED ANY OPPORTUNITY TO VISUALLY IDENTIFY HIS ATTACKERS, ⓑ PLAINTIFF DENIED ACCESS TO PHYCISIAN BOARD AND NURSES BOARD HEARINGS, WHERE ALL (3) THREE ACCUSED PERSONS WHERE REPRESENTED BY LEGAL COUNSEL.

FINDING: INSUFFICIENT DATA TO SUPPORT GUILT, AFTER THREE YEARS.

- VICTIM NOT ASK TO IDENTIFY HIS ATTACKERS. WHY.
- ACCUSED HAD LEGAL COUNSEL AT ADJUDICATION HEARINGS.
- PRO SE PLAINTIFF, DID CREATE A BOSTON POLICE, INTERNAL AFFAIRS COMPLAINT. AGAINST GEORGE HERNANDEZ, AND JOHN MC SORLEY, BOSTON POLICE CASE: I #212036187. G. HERNANDEZ, J. MCSORLEY POLICE MISCONDUCT ALLEDGED AGAINST BOTH OFFICERS BY ASTOR D. CHANCE. IAD 2021-0252 / AUDIO TAPED DISCRIPTION OF ALLEDGED INCIDENT, BY VICTIM, ASTOR D. CHANCE.

NO ONE EVER LISTENED TO MY HONEST STATEMENT. I NEVER MET ANY OF THE THREE ACCUSED PERSONS, PRIOR TO THE ATTACK. I DID NOT KNOW ALL OF THEIR NAMES, I HAD TO INVESTIGATE MY "MEDICAL RECORDS" SEE WHO ATTENDED, DURING MY MEDICAL TREATMENT, THAT DAY.

IT IS UNCONSTITUTIONAL, AND UNLAWFUL FOR THE "STATE GOVERNMENT," TO MANDATE BY A STATEWITH LAW, WHEN "THE STATE, ITSELF CANNOT PROVIDE, SAFE, COMPETANT PROFESSIONALS TO PROVIDE MEDICAL HEALTHCARE, TO ALL CITIZENS, REGARDLESS OF RACE, COLOR, AGE, OR APPEARANCE.

III. STATEMENT OF CLAIM

ASTOR D. CHANCE, PRO SE PLAINTIFF, IS THE SOLE PERSON/INDIVIDUAL SEEKING DAMAGES AND IS ENTITLED TO THE RELIEF SOUGHT.

DEFENDANT NO. 1 COMMONWEALTH OF MASSACHUSETTS CANNOT BY MANDATE OF LAW, MAKE IT OBLIGATORY FOR ALL CITIZENS TO HAVE HEALTH INSURANCE, IF IT IS UNABLE TO ENSURE THE SAFETY AND GOOD HEALTH OF ALL CITIZENS ENGAGED IN ADHERENCE TO SAID; "STATE POLICY".
INCIDENT OCCURED: APRIL 9, 2022, ALEXANDER BROUGH, M.D. LYNDA FIELD, RN, AND SYLVIA CARDENAS, RN, AT EAST BOSTON NIEGHBORHOOD HEALTH CLINIC, 10 GOVE STREET, E. BOSTON, MA

DEFENDANT NO. 2   CITY OF BOSTON,
1) FIRST INFRACTION, NON PAYMENT OF WAGES, 28 SEPT. 28, 2022 DEFENDANTS; ②MICHELLE WU ⑤NATHALIA BENITEZ-PEREZ, ⑥AIXA MIRANDA ③LINA TRAMELLI, VIA A VERBAL CONTRACT DID ENGAGE AND "HIRE/EMPLOY", THE PRO SE PLAINTIFF TO PERFORM A "LIVE PERFORMANCE", ON 28 SEPT., 2022. THE VERBAL CONTRACT WAS IN ENGLISH. AFTER THE PERFORMANCE BENITEZ REFUSED TO SPEAK ENGLISH ANY LONGER.
29 SEPT. 2022 PLAINTIFF SERVED BY-HAND TO DEFENDANT MIRANDA "LETTER OF DEMAND", FOR UNPAID WAGES, AND DAMAGES FOR STOLEN PERSONAL PROPERTY.

2) SECOND INFRACTION, UNPAID WAGES, FOR (9) NINE MONTHS, TRIGGERED "CLAIMED EARNED INCOME", ALARMS AT MASS HEALTH INSURANCE PROVIDERS, PLAINTIFF WAS TERMINATED FROM HIS MASSHEALTH ACCOUNT, APRIL 21, 2023. DUE TO THE UNLAWFUL ACTS OF THE DEFENDANTS.
AUGUST 3, 2023 PLAINTIFF WAS RE-CERTIFIED TO HIS MASSHEALTH ACCOUNT, UNDER THE "COMMON HEALTH", CATEGORY.

3) THIRD INFRACTION, DENIED DUE PROCESS, WHEN SMALL CLAIMS. ACTING CLERK, MICHAEL CRONIN, PREMATURELY DISMISSED CASE 2301SC000461, CLERK DISMISSED LAWSUIT WITHOUT LISTENING TO ONE WORD FROM PLAINTIFF, PLAINTIFF WAS NOT ALLOWED TO SPEAK OR ARGUE THE MERITS OF HIS LEGAL CLAIM, AND VALID CAUSE OF ACTION. WHEN THE PLAINTIFF, ASTOR D. CHANCE, CONTRACTED THROUGH HIS RENTAL LEASE, WITH BOSTON EAST RESIDENTIAL, LLC. AND THE BOSTON PLANNING DEVELOPMENT AGENCY, OF BOSTON CITY HALL, TO LIVE, WORK, AND SELL AND/OR

ENGAGE IN LIVE PERFORMANCES. THE PLAINTIFF IS A CONTRACTEE OF THE "BPDA" THEREFORE A "DE FACTO" CITY OF BOSTON EMPLOYEE AND HAS RE-CERTIFIED TO PERFORM (7) SEVEN TIMES IN THE LAST SEVEN YEARS, AND BEEN APPROVED TO CONTINUE WORKING AND EARNING WAGES. THE PLAINTIFF DID NOT RECEIVE A "FAIR TRIAL" IN THE SMALL CLAIMS TRIAL. ATTORNEY ADAM D. JOHNSON, ESQ DID NOT ACTUALLY PROVIDE THE PRO SE PLAINTIFF WITH ANY DOCUMENTS SUPPORTING HIS AND HIS CLIENT'S POSITION, HE HAS NOW SENT DOCUMENTS "POST EX PO FACTO" RESPONDING TO PLAINTIFF; SUPERIOR COURT, CIVIL ACTION NO. 2384CV0613.

ON SEPT. 13, 2022, PLAINTIFF WATCHED, THE VERONICA ROBLES TRIO PERFORM AT "EASTIE WEEK FESTIVAL" WHERE PLAINTIFF MET DEFENDANT BENITEZ. ROBLES IS A WOMAN, "MALE IMPERSONATER." ALL FEMALE TRIO, PERFORM ONLY IN SPANISH.

1. HOW LONG DID IT TAKE HER AND HER BAND TO GET PAID?
2. HOW DOES A IMMIGRANT VERONICA ROBLES, RECEIVE (2) TWO EAST BOSTON MUNICIPAL BUILDINGS TO USE HISPANIC CULTURAL CENTERS? HOW MUCH WAS SHE PAID?
3. WAS VERONICA ROBLE'S HEALTH INSURANCE TERMINATED?
4. IF THE CITY OF BOSTON DOES NOT HAVE THE CAPACITY TO PAY PLAINTIFF FOR (9) NINE MONTHS, HOW DID IT PAY VERONICA ROBLES, AND HER BAND MEMBERS?

- "DESPARATE TREATMENT" ESTABLISHED ONCE PLAINTIFF WAS TREATED DIFFERENTLY THAN OTHERS, PERFORMING THE SAME TASKS.
- "DESPARATE IMPACT" ESTABLISHED WHEN THE "BEING TREATED DIFFERENTLY", EXPANDED THE LEVEL OF HARM, PAIN, AND SUFFERING, EXPERIENCE BY THE PLAINTIFF.

DEFENDANT NO. 3, TRINITY BORDER STREET, LLC HAS CONTINUOUSLY THROUGHOUT THE PLAINTIFF'S LAST SEVEN YEARS OF HIS LIFE, HAS FORCED HIM TO ENDURE ENDLESS PAIN AND SUFFERING, PSYCHOLOGIC ATTACKS, ALWAYS THREATS OF EVICTION, PLAINTIFF FORCED TO LIVE IN A "HOSTILE LIVING ENVIRONMENT. I.E. NEIGHBORS THROWING TRASH AT HIS DOORFRONT ON OUTDOOR PATIO. SEE; (15) FIFTEEN MEMORANDUM IN SUPPORT (4) PAGE MEMORANDUM IN SUPPORT. (ACCUMULATED REPORT OF WRONGDOING.) (MCAD COMPLAINT)

page 6

DEFENDANT NO. 4, GREYSTAR MANAGEMENT/GREP ATLANTIC IS ON ITS (11) ELEVENTH AND TWELVETH, PROPETY MANAGER AND ASSISTANT PROPERTY MANAGER. ARE THE KEY CONTRIBUTORS "HOSTILE LIVING ENVIRONMENT." COMPLAINTS BY RESIDENTS ARE LOGGED OR RECORDED. THEY SAY THEY DO, BUT DON'T. GREYSTAR IS A COMPLETE FAILURE AT MANAGEMENT. THEY HAVE STATED TO ME, THEY ARE UNABLE TO IDENTIFY THE PERSONS THROWING TRASH AT MY DOOR. UNIT 307 STILL CONTINUES TO TRASH MY LIVING AREA.

DEFENDANTS 5, 6, 7.

DEFENDANTS BENITEZ AND MIRANDA, "ORCHESTRATED AND CHOREOGRAPHED THE "REFUSAL TO PAY, HE DOESN'T

1. FIRST INFRACTION - WORK FOR ME," CAMPAIGN. MICHELLE WU JUST STOOD BY AND WATCHED. REFUSED TO CONTROL, HER OUT OF CONTROL STAFF.

2. SECOND INFRACTION, WHY WOULD THE DEFENDANTS PAY THE PLAINTIFF, IF THEY DID NOT OWE HIM THE CONTESTED WAGES? (ON 19 MAY 2023,)

DEFENDANTS BENITEZ AND TRAMELLI, TOOK/STOLE (2) TWO PRESS KITS, APPROXIMATELY (30) THIRTY PAGES OF PROPRIETARY DATA AND PERSONAL INFORMATION ON HOW THE PLAINTIFF OWNS AND OPERATES HIS MUSIC ENTERPRISE. PRIVATELY OWNED MUSIC ENTERPRISE.
THE DEFENDANTS TOOK THE DOCUMENTS, WHEN I WAS UNDER FROM EXTREME MENTAL DURESS, HAVING BEEN ATTACKED BY (3) THREE HISPANIC STREET GANGS WHILE TRYING TO PERFORM. PRESS KITS CONTAINED CANCELLED CHECKS, NAMES, ADDRESSES, ORGANIZATIONS, THE PLAINTIFF WORKED WITH.

IV. RELIEF, THE PLAINTIFF HEREIN MOVES THAT THE HONORABLE COURT, GRANT THE PAYMENT OF THE OWED $55,000 ATTORNEY FEES, ALLOW PUNITIVE DAMAGES, ON THE BASIS ALLEGED WRONGDOING STILL CONTINUES CURRENTLY. ACTUAL $300.00 COPY EXPENSES. PLAINTIFF CLAIMS PUNITIVE AND EXEMPLARY DAMAGES CLAIMED THE AMOUNTS AND REASONS THE PLAINTIFF IS JUSTIFIED AND ENTITLED ACTUAL AND PUNITIVE DAMAGES, EXEMPLARY DAMAGES.

V. UNDER FEDERAL RULE OF CIVIL PROCEDURE 11, BY SIGNING BELOW, I CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF THAT THIS COMPLAINT: (1) IS NOT BEING PRESENTED FOR AN IMPROPER PURPOSE, SUCH AS TO HARASS, CAUSE UNNECESSARY DELAY, OR NEEDLESSLY INCREASE THE COST OF LITIGATION (2) IS SUPPORTED BY EXISTING LAW OR BY A NONFRIVOLOUS ARGUMENT FOR EXTENDING, MODIFYING, OR REVERSING EXISTING LAW; (3) THE FACTUAL CONTENTIONS HAVE EVIDENTIARY SUPPORT OR, IF SPECIFICALLY SO IDENTIFIED, WILL LIKELY HAVE EVIDENTIARY SUPPORT AFTER A REASONABLE OPPORTUNITY FOR FURTHER INVESTIGATION OR DISCOVERY; (4) THE COMPLAINT OTHERWISE COMPLIES WITH THE REQUIREMENTS OF RULE 11.

SIGNED: UNDER THE PAINS AND PENALTIES OF PERJURY.

I AGREE TO PROVIDE THE CLERK'S OFFICE WITH ANY CHANGE TO MY ADDRESS WHERE CASE RELATED PAPERS MAY BE SERVED. I UNDERSTAND THAT MY FAILURE TO KEEP A CURRENT ADDRESS ON FILE WITH THE CLERK'S OFFICE MAY RESULT IN THE DISMISSAL OF MY CASE.

DATE: 16 AUGUST 2023

_Astor D. Chance_, PRO SE

ASTOR D. CHANCE
126 BORDER STREET UNIT 104
EAST BOSTON, MA 02128-2073
T. (617) 970-3662
E-MAIL: astor.chance@gmail.com

# ADDENDUM TO COMPLAINT

IV. CONT.

NOW COMES THE PRO SE PLAINTIFF, WHO HEREIN MOVES AND MAKES LEGAL DEMAND, THAT THE HONORABLE FEDERAL JUDGE AUTHORIZE A FEDERAL COURT ORDER, THAT ANYONE OTHER THAN "A ACTUAL FULL BLOODED CAUCASIAL. (BOTH PARENTS ARE ACTUALLY CAUCASIAN BY BLOODLINE HEREDITY.)

CAN NOT ENGAGE IN A DELIBERATE AND INTENTIONAL FRAUDULENT ACT. THERE ARE PROPER REASONS FRAUD IS UNLAWFUL. STATEWIDE, ALL MUNICIPALITIES.

* THERE IS NO CAUCASIAN, COUNTRY, NATION, CITY, VILLAGE, IN MEXICO, CENTRAL AMERICA, SOUTH AMERICA, CUBA, AND/OR PUERTO RICO.
HISPANIC, ASIAN, BRAZILIAN PEOPLES ARE NOT, "WHITE/ CAUCASIAN PEOPLE."

THIS DELIBERATE AND INTENSIONAL FRAUD HAS ALREADY, DESTROYED THE CREDIBILITY, AND LAWFUL AUTHORITY OF THE U.S. CENSUS 2020, HAS BEEN REDUCED TO FLAWED, UNRELIABLE DATA. USELESS FLAWED, UNRELIABLE DATA.

THE U.S. CENSUS 2030, IS ONCOMING.
THE CORRECTIVE LEGAL ACTION MUST BE TAKEN NOW.
IF THE RIGHTS OF BLACK PEOPLE, AFRO AMERICAN ARE PROTECTED BY FEDERAL LAW, U.S. FEDERAL CODE, THE RIGHTS OF BLACKS TO PEACEFULLY COEXIST, IN AMERICA, THERE MUST BE A LEVEL PLAYING FIELD.
SO IT IS WRITTEN, THIS IS WHAT MUST BE DONE.

SIGNED: UNDER THE PAINS AND PENALTIES OF PERJURY.

astor D. Chance, PRO SE        DATE: 17 AUG 2023
126 BORDER ST. UNIT 109
E. BOSTON, MA 02128-2873
(617) 970-3662