UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASTOR D. CHANCE,<br>        Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>MAURA HEALY, Governor, et al.,<br>        Defendants. | )<br>)<br>)<br>)  **CIVIL ACTION**<br>)  **No. 23-11879-IT**<br>)<br>)<br>)<br>)<br>) |

ORDER
December 19, 2023

Astor D. Chance initiated this action by filing a *pro se* Complaint [Doc. No. 1]. By Memorandum and Order [Doc. No. 6] dated November 7, 2023, Chance was granted leave to proceed *in forma pauperis* and was advised that the complaint failed to state a claim upon which relief may be granted. The Memorandum and Order stated that if he wished to proceed with this action, he must file an amended complaint curing the pleading deficiencies and setting forth a plausible claim upon which relief may be granted. *Id.* The Memorandum and Order further stated that failure to comply with this directive within twenty-one (21) days of the date of the Memorandum and Order will result in dismissal of this action.

To date, Chance has not filed an amended complaint and the time to do so expired. Accordingly, and in accordance with the court's Memorandum and Order [Doc. No. 6], this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

December 19, 2023                                                       /s/ Indira Talwani
                                                                        UNITED STATES DISTRICT JUDGE